# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>QINGDAO YEELINK INFORMATION TECHNOLOGY CO., LTD.,<br><br>Defendant. | Civil Action No. 1:19-cv-9315-MKV |

## NOTICE OF DISMISSAL
## PURSUANT TO FEDERAL RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Signify North America Corporation and Signify Holding B.V. hereby give notice that the above-captioned action is dismissed, without prejudice.

Dated: July 7, 2020

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Jeremy P. Oczek*

Jeremy P. Oczek (JO1975)
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

*COUNSEL FOR PLAINTIFFS*
*Signify North America Corporation and*
*Signify Holding B.V.*